

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-18-00502-CR

Ronardo **FAIRLY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3148
Honorable Joey Contreras, Judge Presiding

# O R D E R

The trial court signed a certification dated May 15, 2018, that states the underlying case "is a plea-bargain case, and the defendant has NO right of appeal." However, the clerk's record shows the May 15, 2018 Judgment Adjudicating Guilt was an adjudication of guilt following a deferred adjudication and the defendant has a limited right of appeal.

The trial court's certification of defendant's right of appeal is defective. *See Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005); *Sanchez v. State*, 109 S.W.3d 760 (Tex. App.—San Antonio 2003, no pet.).

We ORDER the trial court to amend the certification and cause the trial court clerk to file a supplemental clerk's record containing the amended certification within THIRTY DAYS from the date of this order. *See* TEX. R. APP. P. 25.2(f).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2018.



KEITH E. HOTTLE,
Clerk of Court